FILED ___ ENTERED
LOGGED ___ RECEIVED

JUN 15 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

JTM 07.12.21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CRIMINAL NO. MJM 22cr 207 |
| | * |
| TYLER CAREY, | *  (Theft of Government Property |
| | *  18 U.S.C. § 641) |
| Defendant. | * |
| | * |

*******

## INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about January 10, 2019, in the District of Maryland, the defendant,

**TYLER CAREY,**

willfully and knowingly did steal and purloin and knowingly convert to his use, any money or thing of value of the United States, and any department or agency thereof.

18 U.S.C. § 641

June 15, 2022
_____
Date

*Erek L. Barron* /pmq
Erek L. Barron
United States Attorney

1